UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JERRY EUGENE GULLEY,

  Plaintiff,                                     CASE NO.: 1:24-cv-05414-SEG-JKL

v.

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, AND RMS
RECOVERY MANAGEMENT
SERVICES, INC.,

      Defendants.
_____/

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
AS TO RMS RECOVERY MANAGEMENT SERVICES, INC.</u>**

COMES NOW Plaintiff, JERRY EUGENE GULLEY, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant RMS RECOVERY MANAGEMENT SERVICES, INC. ("RMS"). Defendant, RMS, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this January 23, 2025.

/s/Octavio Gomez
Octavio "Tav" Gomez
Florida Bar #:0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602
Cell: (813)299-8537
Facsimile: (844)951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 23rd of January, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/Octavio Gomez
Octavio "Tav" Gomez
Georgia Bar #: 617963
*Attorney for Plaintiff*